```
   1     General Docket, Civil Cases, Circuit Court, MARION COUNTY CIRCUIT CLER
================================================================================
No. 2015-0242H                                              CFN      8946

VONCILLE RICHARDSON                       Counsel for Plaintiff
  VS.                                     William L. Ducker
                                          Counsel for Defendant
PEARL RIVER VALLEY OPPORTUNITY INC
LIABLE                                              JUDGE Prentiss Greene Harrel
================================================================================
   DATE                          ORDERS, JUDGMENTS, ETC.
--------------------------------------------------------------------------------
 9/18/15  Complaint
 9/18/15  Summons Issued to Attorney for Process
 9/28/15  SUMMONS SERVED PERSONAL SERVICE
10/08/15  NOTICE OF SERVICE OF DISCOVERY
```

This is a True Copy
October 22, 2015
JANETTE NOLAN
CIRCUIT CLERK
_____ D.C.

[Seal: Circuit Court Marion County Mississippi]

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court
Administrative Office of Courts
Form AOC/01 (Rev 2009)

**Court Identification Docket #:** 4 | 6 | 15 | C1
(County # | Judicial District | Court ID (CH, CI, CO))

**Case Year:** 2015
**Docket Number:** 02424
**Local Docket ID:** ___

**Month/Date/Year:** 09 / 18 / 15
*This area to be completed by clerk*

Case Number if filed prior to 1/1/94: ___

In the **CIRCUIT** Court of **MARION** County — Judicial District ___

**Origin of Suit** (Place an "X" in one box only)
- [X] Initial Filing
- [ ] Reinstated
- [ ] Remanded
- [ ] Reopened
- [ ] Foreign Judgment Enrolled
- [ ] Joining Suit/Action
- [ ] Transfer from Other court
- [ ] Appeal
- [ ] Other

**Plaintiff** - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form

Individual — Last Name: **RICHARDSON**   First Name: **VONCILLE**   Maiden Name: ___   M.I. ___   Jr/Sr/III/IV ___

___ Check (x) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ___

___ Check (x) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency ___

Business ___

___ Check (x) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A ___

**Address of Plaintiff:** ___

**Attorney (Name & Address):** WILLIAM L. DUCKER, ESQ   P.O. Box 217   PURVIS, MS 39475   **MS Bar No.** 6201

___ Check (x) if Individual Filing Initial Pleading is NOT an attorney.

**Signature of Individual Filing:** ___

**Defendant** - Name of Defendant - Enter Additional Defendants on Separate Form

Individual — Last Name ___   First Name ___   Maiden Name ___   M.I. ___   Jr/Sr/III/IV ___

Business: **PEARL RIVER VALLEY OPPORTUNITY, INC. A MISSISSIPPI CORPORATION**

___ Check (x) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A ___   MS Bar No. ___

**Attorney (Name & Address) - If Known:** ___

**Damages Sought:** Compensatory $ ___   Punitive $ ___

[ ] Check (x) if child support is contemplated as an issue in this suit.

**Nature of Suit** (Place an "X" in one box only)

**Domestic Relations**
- [ ] Child Custody/Visitation
- [ ] Child Support
- [ ] Contempt
- [ ] Divorce: Fault
- [ ] Divorce: Irreconcilable Diff.
- [ ] Domestic Abuse
- [ ] Emancipation
- [ ] Modification
- [ ] Paternity
- [ ] Property Division
- [ ] Separate Maintenance
- [ ] Termination of Parental Rights
- [ ] UIFSA (eff 7/1/97; formerly URESA)
- [ ] Other ___

**Appeals**
- [ ] Administrative Agency
- [ ] County Court
- [ ] Hardship Petition (Driver License)
- [ ] Justice Court
- [ ] MS Dept Employment Security
- [ ] Worker's Compensation
- [ ] Other ___

**Business/Commercial**
- [ ] Accounting (Business)
- [ ] Business Dissolution
- [ ] Debt Collection
- [ ] Employment
- [ ] Foreign Judgment
- [ ] Garnishment
- [ ] Replevin
- [ ] Other ___

**Probate**
- [ ] Accounting (Probate)
- [ ] Birth Certificate Correction
- [ ] Commitment
- [ ] Conservatorship
- [ ] Guardianship
- [ ] Heirship
- [ ] Intestate Estate
- [ ] Minor's Settlement
- [ ] Muniment of Title
- [ ] Name Change
- [ ] Testate Estate
- [ ] Will Contest
- [ ] Other ___

**Children/Minors - Non-Domestic**
- [ ] Adoption - Contested
- [ ] Adoption - Uncontested
- [ ] Consent to Abortion Minor
- [ ] Removal of Minority
- [ ] Other ___

**Civil Rights**
- [ ] Elections
- [ ] Expungement
- [ ] Habeas Corpus
- [ ] Post Conviction Relief/Prisoner
- [ ] Other ___

**Contract**
- [ ] Breach of Contract
- [ ] Installment Contract
- [ ] Insurance
- [ ] Specific Performance
- [ ] Other ___

**Statutes/Rules**
- [ ] Bond Validation
- [ ] Civil Forfeiture
- [ ] Declaratory Judgment
- [ ] Injunction or Restraining Order
- [ ] Other ___

**Real Property**
- [ ] Adverse Possession
- [ ] Ejectment
- [ ] Eminent Domain
- [ ] Eviction
- [ ] Judicial Foreclosure
- [ ] Lien Assertion
- [ ] Partition
- [ ] Tax Sale: Confirm/Cancel
- [ ] Title Boundary or Easement
- [ ] Other ___

**Torts**
- [ ] Bad Faith
- [ ] Fraud
- [ ] Loss of Consortium
- [ ] Malpractice - Legal
- [ ] Malpractice - Medical
- [ ] Mass Tort
- [ ] Negligence - General
- [ ] Negligence - Motor Vehicle
- [ ] Product Liability
- [ ] Subrogation
- [ ] Wrongful Death
- [X] Other **LIABLE**

*FILED SEP 18 2015 — JANETTE NOLAN, CIRCUIT CLERK, D.C.*

*True Copy October __ 2015 — JANETTE NOLAN, CIRCUIT CLERK, D.C.*

## IN THE CIRCUIT COURT OF MARION COUNTY, MISSISSIPPI

**VONCILLE RICHARDSON**                                                                                     **PLAINTIFF**

**VERSUS**                                              CIVIL ACTION NO. 2015-0242H

**PEARL RIVER VALLEY OPPORTUNITY, INC.**
**A MISSISSIPPI CORPORATION**                                                                **DEFENDANT**

FILED SEP 18 2015
JANETTE NOLAN, CIRCUIT CLERK
BY _____ D.C.

## COMPLAINT

COMES NOW Voncille Richardson by and through her attorney and brings this cause of action and suit for damages against the Defendant, Pearl River Valley Opportunity, Inc. (PRVO), a Mississippi Corporation, and would show the Court the following:

### I.

Voncille Richardson is an adult resident citizen of Lamar County, Mississippi, residing at 108 N. 9th Street, Lumberton, MS 39455. That she was employed by the Defendant for more than thirty (30) years.

### II.

That the Defendant, Pearl River Valley Opportunity, Inc. is a Mississippi non-profit corporation with offices in eighteen (18) counties in South Mississippi, but is headquartered in Columbia, Marion County, Mississippi, where process can be served on the Executive Director, Mr. Helmon Johnson, at the official corporate address of 756 Highway 98 Bypass, Columbia, MS 39429. Plaintiff hereby designates Carolyn Hillard, process server, as agent for service in this cause.

### III.

That the Plaintiff worked for the Defendant for some thirty two (32) years, mostly as a cook, but some years in janitorial services in the Head Start program. That the Plaintiff was terminated when she reached seventy (70) years of age and was told her participation in the

This is a True Copy
October 22nd 2015
JANETTE NOLAN
CIRCUIT CLERK
_____ D.C.

403(b) fund was vested, but for some reason she has never been able to get the proper forms or necessary documentation to commence drawing her benefits. After several letters and phone calls, the Plaintiff's daughter, Mrs. Cora Rogers, drove her mother to the headquarters where they met with Mr. John E. Hales, director of the Head Start program, who failed to give them the necessary information. Not being satisfied, the Plaintiff contacted William L. Ducker, attorney, who called and spoke with certain office personnel, who informed him that Mrs. Richardson's position was not covered under the retirement insurance program. The attorney explained to Mrs. Richardson that it did not appear that Plaintiff was in fact vested in the retirement program of PRVO and unless the Plaintiff could produce some type of documentation, the attorney would close his file. Several months passed when the Plaintiff and her daughter Cora Rogers presented said attorney with the pay-stubs attached hereto as Exhibit "A" and made a part hereof as fully as if copied herein. The stubs clearly indicate monies withheld from Plaintiff's check to go into the retirement fund. Armed with this documentation the attorney wrote the Defendant on August 4, 2015, a copy of that letter is attached as Exhibit "B" and made a part hereof, requesting the necessary data from PERS. In a letter of explanation dated August 14, 2015, a copy of which is attached as Exhibit "C", Mr. Helmon Johnson wrote the attorney explaining that PRVO's retirement plan was an insurance 403(b) plan for non-profit corporations and not under the auspices of the State of Mississippi's retirement system known as PERS. On August 17, 2015, the attorney wrote back to the Defendant's Executive Director expressing his appreciation for the information and requesting the contact information for the person administering the Defendant's plan. A copy of said letter is attached as Exhibit "D". One week later the attorney wrote back to Mr. Helmon Johnson asking that the proper documentation be filed or the necessary materials be sent to him within one (1) week of the mailing date of that letter, August 25, 2015. A copy of

that letter is attached as Exhibit "E" and made a part hereof. Now, one (1) month later than the letter of August 17th and three (3) weeks after the demand on August 25th Plaintiff has not received any further response nor had any form of documentation delivered to her to file her retirement benefits.

## IV.

That Exhibit "A" clearly demonstrates the Plaintiff participated in the Defendant's retirement plan. She is entitled to know the total amount she has paid into the plan and have her claim processed. Why the Defendant has played "dodge ball" with this request for approximately two (2) years is inexcusable beyond reason. Plaintiff Voncille Richardson is an elderly lady who needs any benefits she has coming. If for some reason she did not qualify for retirement benefits, a full explanation and refund of the monies held out of her check should have been made at the time of her original visit to PRVO headquarters. Plaintiff shows with Exhibit "A" she is owed money by the Defendant or its fiduciary and has made proper requests/demands without satisfaction.

## V.

That Plaintiff alleges that she has been abused and maligned by her former employer and that the actions of the Defendant amount to deceit and the common law tort of trover for which damages are demanded.

## VI.

That the Defendant has profited from Plaintiff's investment in their retirement plan for more than thirty five (35) years and the Defendant has neglected or refused to aid the Plaintiff in procuring her benefits and said actions constitute bad faith and require punitive damages to assure Plaintiff and the public that the Defendant will not discriminate against any other

employee as the Defendant has done to Voncille Richardson. That a fiduciary relationship existed between the parties and not only has the Defendant refused to provide Plaintiff the necessary documents to apply for her benefits, the PRVO officials refuse to acknowledge Plaintiff's interest in the retirement system. That the Defendant is guilty of conversion and PRVO, Inc. has wrongfully kept and used Plaintiff's monies for their own benefit since her retirement without even accounting to her for said funds.

WHEREFORE PREMISES CONSIDERED Voncille Richardson demands compensatory damages from the Defendant in the amount of her monthly contributions to the Defendant's retirement plan plus interest rate for the entire period of investment.

Plaintiff further demands judgment of and from the Defendant in the amount of one hundred thousand ($100,000.00) dollars and all costs of Court accruing for the tort of trover and conversion.

Plaintiff further demands exemplary damages in the amount of one hundred thousand ($100,000.00) dollars plus all costs of Court accruing herein for the bad faith actions of the Defendant in not providing accounting for what Plaintiff had in the retirement system and not only failing to aid her in obtaining her retirement benefits but also in keeping Plaintiff's retirement funds in their plan without paying her interest or principal.

/s/ William L. Ducker
Attorney for Plaintiff

WILLIAM L. DUCKER
Attorney at Law
P. O. Box 217
Purvis, MS 39475
MSB # 6201
601-794-8545
601-794-8546 Fax
E-mail: bill@duckerlawfirm.com

```
PEARL RIVER VALLEY OPPORTUNITY, INC., Columbia, MS 39429              NO.026737
1334 VONCILLE RICHARDSON                 CURRENT      YR-TO-DATE
DEPT: 00    SITE: 13      REGULAR         473.50       1420.50
SSN#: 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         OVERTIME          0.00          0.00
                          GROSS PAY       473.50       1420.50
ANNUAL LV BAL   114.75    FICA WITHHELD    36.22        108.66
SICK LV BAL     690.38    FEDERAL           0.00          0.00
                          STATE TAX         0.00          0.00
                          LOCAL TAX         0.00          0.00
PERIOD: 02/15/93          TRAV INS          0.00        115.10
                          AM FAM LIFE       6.63         19.89
                          RETIREMENT       23.67         71.01
                          PHIL AM INS      53.65         53.65
REGULAR HRS    77.00         NET PAY...   353.33       1052.19
OVERTIME HRS    0.00         EXPENSES       0.00          0.00
TOTAL HRS      77.00         TOTAL CHECK  353.33       1052.19


PEARL RIVER VALLEY OPPORTUNITY, INC., Columbia, MS 39429              NO.078267
1334 VONCILLE RICHARDSON                 CURRENT      YR-TO-DATE
DEPT: 05    SITE: 13      REGULAR         472.62       1417.84
SSN#: 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         OVERTIME          0.00          0.00
                          GROSS PAY       472.62       1417.84
ANNUAL LV BAL   139.50    FICA WITHHELD    32.92         98.75
SICK LV BAL     797.90    FEDERAL          24.09         72.27
                          STATE TAX         0.00          0.00
                          LOCAL TAX         0.00          0.00
PERIOD: 02/11/95          ACORDIA INS       0.00          0.00
                          ACORDIA/CAFE     42.23        126.69
                          AM FAM LIFE       6.63         19.89
                          RETIREMENT       23.63         70.89
REGULAR HRS    70.00         NET PAY...   343.12       1029.34
OVERTIME HRS    0.00         EXPENSES       0.00          0.00
TOTAL HRS      70.00         TOTAL CHECK  343.12       1029.34


PEARL RIVER VALLEY OPPORTUNITY, INC., Columbia, MS 39429              NO.079742
1334 VONCILLE RICHARDSON                 CURRENT      YR-TO-DATE
DEPT: 05    SITE: 13      REGULAR         472.62       2363.07
SSN#: 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         OVERTIME          0.00          0.00
                          GROSS PAY       472.62       2363.07
ANNUAL LV BAL   139.50    FICA WITHHELD    32.92        164.60
SICK LV BAL     805.98    FEDERAL          24.09        120.45
                          STATE TAX         0.00          0.00
                          LOCAL TAX         0.00          0.00
PERIOD: 03/11/95          ACORDIA INS       0.00          0.00
                          ACORDIA/CAFE     42.23        211.15
                          AM FAM LIFE       6.63         33.15
                          RETIREMENT       23.63        118.15
REGULAR HRS    70.00         NET PAY...   343.12       1715.57
OVERTIME HRS    0.00         EXPENSES       0.00          0.00
TOTAL HRS      70.00         TOTAL CHECK  343.12       1715.57
```

```
PEARL RIVER VALLEY OPPORTUNITY, INC., Columbia, MS 39429                          093124
334 VONCILLE RICHARDSON                       CURRENT    YR-TO-DATE
DEPT: 05    SITE: 13    REGULAR               496.16       992.32
SN#: 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        OVERTIME                0.00         0.00
                        GROSS PAY             496.16       992.32
ANNUAL LV BAL  132.50   FICA WITHHELD          34.73        72.69
SICK LV BAL    864.63   FEDERAL                49.22       104.78
                        STATE TAX               0.00         0.00
                        LOCAL TAX               0.00         0.00
PERIOD: 01/13/96        ACORDIA INS             0.00         0.00
                        ACORDIA/CAFE           42.23        42.23
                        AM FAM LIFE             6.63         6.63
                        RETIREMENT             24.81        49.62
REGULAR HRS    70.00       NET PAY...         338.54       716.37
OVERTIME HRS    0.00       EXPENSES             0.00         0.00
TOTAL HRS      70.00       TOTAL CHECK        338.54       716.37
```

Ex "A"

TELEPHONE (601) 794-8545

**WILLIAM L. DUCKER**
ATTORNEY AT LAW
P.O. BOX 217
PURVIS, MISSISSIPPI 39475

FACSIMILE (601) 794-8546

August 4, 2015

Pearl River Valley Opportunity
ATTN: Mr. Hillman Johnson, Director
756 US Hwy. 98
Columbia, MS  39429

Re:   Voncille Richardson

Dear Mr. Johnson:

This lady and her daughter, Cora, have been attempting to find out about her retirement for a couple of years. I wrote your office a letter more than a year ago, and received a response that she was not a full time employee, and not subject to PERS. I accepted that information, and passed it on, to which the client took exception, and has not been back to see me until this past week when she came in with the documentation, which I now submit. Voncille said she worked for y'all for more than thirty (30) years, and I obviously am able to show that money was withheld from her check over at least a four (4) year period. Therefore, I believe it is now incumbent on PRVO to show us how much retirement she paid in, and what she would be entitled to on a monthly basis from PERS, or in the alternative provide me with paystubs from beginning to end showing that she does not qualify for retirement. Because of Voncille's age and the fact that this has been kicked around for at least two (2) years, I would appreciate a response with documentation from your office within fifteen (15) days of the mailing date of this letter.

Sincerely,

*[signature]*
William L. Ducker

WLD/kwl

Enclosure.

Ex "B"



# Pearl River Valley Opportunity, Inc.
Post Office Box 188 / 756 Hwy. 98 Bypass
Columbia, Mississippi 39429-0188
Voice: 601-736-9564   Fax: 601-736-6268
Website: www.prvoinc.org

*Helmon Johnson*
Executive Director

*John E. Hales*
Head Start Director

August 14, 2015

Mr. William L. Ducker
P. O. Box 217
Purvis, MS 39475

Dear Mr. Ducker:

We are in receipt of your letter dated August 4, 2015, concerning the retirement contributions of our former employee, Ms. Voncille Richardson.

PRVO's retirement plan is a 403(b) fund where PRVO matches up to 5% of an employee's contribution. The funds withheld from employee's payroll, along with the matching funds from PRVO, are submitted to the retirement insurance carrier every pay period and are 100% immediately vested in our employees accounts. PRVO has no ownership in the 403(b) fund and all withdrawals are submitted to the insurance company and the funds are paid directly to the employee.

PRVO is a private, non-profit corporation, and not a government entity, and therefore is not eligible to participate in the State of Mississippi's PERS program that you referred to in your letter.

Please let me know if you need any further information.

Sincerely,

Helmon Johnson
Executive Director

Ex "C"

PRVO, Inc. does not discriminate on the grounds of race, religion, color, sex, familial status, age, national origin or handicap in any program or employment.

TELEPHONE (601) 794-8545     **WILLIAM L. DUCKER**     FACSIMILE (601) 794-8546
ATTORNEY AT LAW
P.O. BOX 217
PURVIS, MISSISSIPPI 39475

August 17, 2015

Pearl River Valley Opportunity, Inc.
Attn: Mr. Helmon Johnson
P.O. Box 188
Columbia, MS 39429

RE:    Voncille Richardson

Dear Mr. Johnson:

I appreciate the information you sent regarding the above mentioned individual. Please provide me with the contact information for the person who handles the 403(b) plan for PRVO so that we can resolve this matter for Ms. Richardson. Please do not hesitate to contact this office if you have any questions.

Sincerely,

William L. Ducker
Attorney at Law

WLD/sld



TELEPHONE (601) 794-8545     **WILLIAM L. DUCKER**     FACSIMILE (601) 794-8546

ATTORNEY AT LAW
P.O. BOX 217
PURVIS, MISSISSIPPI 39475

August 25, 2015

Pearl River Valley Opportunity, Inc.
Attn: Mr. Helmon Johnson
P.O. Box 188
Columbia, MS 39429

RE: Voncille Richardson

Dear Mr. Johnson:

I have received no response from my letter dated August 17, 2015. Perhaps there has been a misunderstanding regarding this matter. Please either file the proper paperwork with your retirement company for Ms. Voncille Richardson or forward me the necessary material to do so. We expect one of these to be done within one (1) week of the mailing of this letter.

Thank you for your attention to this matter.

Sincerely,

William L. Ducker/sld

William L. Ducker
Attorney at Law

WLD/sld

Ex "E"

IN THE CIRCUIT COURT OF MARION COUNTY, MISSISSIPPI   issued to atty

**VONCILLE RICHARDSON**                                                                PLAINTIFF

**VERSUS**                                               CIVIL ACTION NO. 2015-0247H

**PEARL RIVER VALLEY OPPORTUNITY, INC.**
**A MISSISSIPPI CORPORATION**                                                DEFENDANT

<u>SUMMONS</u>

STATE OF MISSISSIPPI

COUNTY OF MARION

TO:     Pearl River Valley Opportunity, Inc.
        Mr. Helmon Johnson, President
        756 Highway 98 Bypass
        Columbia, MS 39429

## NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to Hon. William L. Ducker, the attorney for the Plaintiff, whose address is P. O. Box 217, Purvis, MS 39475. Your response must be mailed or delivered within (30) days from the date of delivery of this Summons and Complaint or a Judgment by default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of the Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 18th day of September, 2015.

CLERK

BY: Janette Nolan
    By Hsley Hee D.C.

This is a True Copy
October 2nd 2015
JANETTE NOLAN
CIRCUIT CLERK
_____ D.C.

TELEPHONE (601) 794-8545

**WILLIAM L. DUCKER**
ATTORNEY AT LAW
P.O. BOX 217
PURVIS, MISSISSIPPI 39475

FACSIMILE (601) 794-8546

September 17, 2014

Office of the Marion County Circuit Clerk
250 Broad Street, Ste. 1
Columbia, MS 39429



RE: *Voncille Richardson vs. Pearl River Opportunity, Inc.*
In the Circuit Court of Marion County, Mississippi

Gentlemen:

Enclosed for filing in the usual manner please find **Complaint** in the above mentioned matter. Also enclosed is an envelope for return of a stamped "filed" copy of same to this office.

Thank you for your attention to this matter.

Sincerely,

Shawn L. Ducker
Secretary

Enclosure

**FILED**
SEP 28 2015
JANETTE NOLAN, CIRCUIT CLERK
BY _____ D.C.

## PROOF OF SERVICE - SUMMONS
(Please print or type)

HELMON JOHNSON SERVED BY CAROLYN HILLARD
Name of Person or Entity

I, the undersigned C. HILLARD of FORREST County, Mississippi, served the Summons and Complaint upon the person or entity named above in the manner set forth below (must check proper space and provide all additional information that is request and pertinent to the mode of service used):

☐ **FIRST CLASS MAIL AND ACKNOWLEDGEMENT SERVICE.** By mailing (first class mail, postage prepaid) copies to the person served, together with copies of the form of notice and acknowledgement and return envelope, postage prepaid, addressed to the sender (Attach completed acknowledgement of receipt pursuant to M.R.C.P. Form 1B)

☑ **PERSONAL SERVICE.** I personally delivered copies to HELMON JOHNSON, on the 24TH day of SEPTEMBER 2015, where I found said person in MARION County of the State of Mississippi.

☐ **RESIDENCE SERVICE.** After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, _____, I served the Summons and Complaint on the _____ day of _____, 2015, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with _____ who is the _____ (here insert wife, husband, son, daughter or other person as the case may be) a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____, 2015, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

☐ **CERTIFIED MAIL SERVICE.** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or other evidence of actual delivery to the person served.)

At the time of service I was at least 18 years of age and not a party to this action. Fee for Service $40.00.
Process Server must list below: (Please print or type)
Name CAROLYN HILLARD
Telephone No. 404-623-4365
Address 203 NORTH 40TH AVE.
HATTIESBURG, MS 39401

STATE OF MISSISSIPPI
COUNTY OF Lamar

Personally appeared before me the undersigned authority in and for the State and County aforesaid, the within named CAROLYN HILLARD, who being by me first duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service - Summons" are true and correct as therein stated.

_____
(Signature of Process Server)

Sworn to and subscribed before me this, the 24TH day of SEPTEMBER, 2015.

_____
NOTARY PUBLIC

My Commission Expires:
ID # 25499
KAREN W. LONGSTAFF
Commission Expires
Aug. 19, 2018

This is a True Copy
October 22, 2015
JANETTE NOLAN
CIRCUIT CLERK
_____ D.C.

IN THE CIRCUIT COURT OF MARION COUNTY, MISSISSIPPI

**VONCILLE RICHARDSON**  PLAINTIFF

**VERSUS**  CIVIL ACTION NO. 2015-0242H

**PEARL RIVER VALLEY OPPORTUNITY, INC.**
**A MISSISSIPPI CORPORATION**  DEFENDANT

<u>**NOTICE OF SERVICE OF DISCOVERY**</u>

TO:  Roy A. Smith, Jr., Esq.
Daniel Coker Horton & Bell
P.O. Box 1084
Jackson, MS 39215

FILED
OCT 08 2015
JANETTE NOLAN, CIRCUIT CLERK
BY _____ D.C

COMES NOW, William L. Ducker, attorney for the Plaintiff, Voncille Richardson, and hereby gives notice to the Court that the following requests for discovery have been mailed to counsel of record in the above styled and numbered cause as indicated on the attached Certificate of Service at his usual mailing address:

**Request for Interrogatories**

**Request for Production of Documents**

Further, notice is hereby given that the original of these requests are being retained in our files.

VONCILLE RICHARDSON, Plaintiff

BY: _____
WILLIAM L. DUCKER, Attorney

This is a True Copy
October 23rd 2015
JANETTE NOLAN
CIRCUIT CLERK
D.C.

## CERTIFICATE OF SERVICE

I, WILLIAM L. DUCKER, do hereby certify that I have this day mailed, via United States Mail, postage prepaid, a true and correct copy of the above and foregoing Request for Interrogatories and Request for Production of Documents to:

    Roy A. Smith, Jr., Esq.
    Daniel Coker Horton & Bell
    P.O. Box 1084
    Jackson, MS 39215

This, the 7th day of October, A. D., 2015.

                                                    WILLIAM L. DUCKER

TELEPHONE (601) 794-8545     **WILLIAM L. DUCKER**     FACSIMILE (601) 794-8546
ATTORNEY AT LAW
P.O. BOX 217
PURVIS, MISSISSIPPI 39475

October 7, 2015

Office of the Marion County Circuit Clerk
250 Broad Street, Ste. 1
Columbia, MS 39429

FILED
OCT 08 2015
JANETTE NOLAN, CIRCUIT CLERK
BY _____ D.C.

RE:    *Voncille Richardson vs. Pearl River Opportunity, Inc.*
       Civil Action No. 2015-0242H
       In the Circuit Court of Marion County, Mississippi

Gentlemen:

Enclosed for filing in the usual manner please find **Notice of Service of Discovery** in the above mentioned matter. Also enclosed is an envelope for return of a stamped "filed" copy of same to this office.

Thank you for your attention to this matter.

Sincerely,

*Shawn J. Ducker*

Shawn L. Ducker
Secretary


Enclosure