IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**VONCILLE RICHARDSON**                                                                 **PLAINTIFF**

**v.**                                                **CIVIL ACTION NO. 2:15-CV-139-KS-MTP**

**PEARL RIVER VALLEY OPPORTUNITY, INC.**
**A MISSISSIPPI CORPORATION**                                                **DEFENDANT**

## FINAL JUDGMENT

For the reasons stated in the court's previous Memorandum Opinion and Order and in accordance with Federal Rule of Civil Procedure 58, the Court enters this Final Judgment in favor of Defendant Pearl River Valley Opportunity, Inc. Plaintiff's claims against Defendant are dismissed with prejudice. This case is closed.

SO ORDERED AND ADJUDGED this the 28th day of January, 2016.

                                                      *s/Keith Starrett*
                                                      UNITED STATES DISTRICT JUDGE